IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH MARTY,

    Plaintiff,                 No. CIV S-11-3046 GEB CKD PS

    vs.

ESTATE OF JENNIFER-ANN: MARTY, et al.,

    Defendants.         ORDER TO SHOW CAUSE

        Plaintiff is proceeding in this action pro se. The complaint filed by plaintiff, while prolix and vague, appears to address matters that should be resolved in a state court probate action.

        The federal courts are courts of limited jurisdiction. In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue. There is no basis for federal subject matter jurisdiction evident in the complaint.

\\\\

\\\\

\\\\

\\\\

\\\\

Accordingly, IT IS HEREBY ORDERED that no later than December 2, 2011, plaintiff shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

Dated: November 18, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 marty.nosmj.osc